EDOK Criminal Complaint (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL COMPLAINT** |
| ***Plaintiff,*** | |
| **v.** | **Case No.** 21-MJ-135-KEW |
| ANASTACIA PHILLINIA LITTLE, | |
| ***Defendant.*** | |

I, Matthew Jamerson, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about 04/02/2019, in the Eastern District of Oklahoma, defendant, ANASTACIA PHILLINIA LITTLE violated Title 18, United States Code, Section(s) 1111(a), 1151 & 1153 an offense described as follows: Murder in Indian Country

I further state that I am a special agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Matthew Jamerson, which is attached hereto and made a part hereof by reference.)

☒ Continued on the attached sheet.

Matthew Jamerson, Special Agent, FBI
Complainant

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: April 9, 2021

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Matthew Jamerson, being duly sworn, depose and state that:

## INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed since August, 2016. I am currently assigned to the Violent Crime Squad of Oklahoma City Division of the FBI, and have been assigned to that squad for approximately four (4) years. Prior to being employed as a Special Agent with the FBI, I was a U.S. Customs and Border Protection Officer/Special Response Team Operator for approximately ten (10) years. As a Special Agent with the FBI, I am a law enforcement officer of the United States as defined by 18 U.S.C. § 2510(7), meaning that I am empowered by law to conduct investigations of and to make arrests for violations of Federal law, including violations of the Major Crimes Act (MCA). During my time as a Special Agent, I have participated in numerous criminal investigations as the primary investigator or in a backup capacity. I have also received significant training in criminal investigations, including investigations into violent crimes.

2. As a Federal Agent, I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3. The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that COKER DEAN BARKER and ANASTACIA PHILLINIA LITTLE, committed the below-described

offenses, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

**PROBABLE CAUSE**

4. As will be shown below, there is probable cause to believe that COKER DEAN BARKER and ANASTACIA PHILLINIA LITTLE committed a violation of Title 18, United States Code, Section 1111 in Indian Country, which occurred within the boundaries of the Seminole Nation.

5. VENUE: the facts and circumstances alleged in this affidavit occurred within the Eastern District of Oklahoma. More specifically, based on the Supreme Court decision in *McGirt v. Oklahoma (2020)*, the below described location is within the geographic boundaries of the Seminole Nation, and therefore is within Indian Country.

6. DEFENDANT: the defendants are COKER DEAN BARKER and ANASTACIA PHILLINIA LITTLE, hereinafter referred to as BARKER and LITTLE. The subjects described herein are enrolled members of the Seminole and Cheyenne/Arapaho Nations (respectively).

7. I received information regarding a crime which occurred in Seminole, Oklahoma within the boundaries of the Seminole Nation. This affidavit is intended to show there is sufficient probable cause for a Complaint and does not set forth all of my knowledge about this matter. This affidavit is made in support of a Complaint and Arrest Warrant for a crime in violation of Title 18, United States Code, Section 1111. In support of this request, I submit the following:

8. On or about April 2, 2019, Coker Dean Baker, a member of the Seminole Indian Tribe, and Anastacia Phillinia Little, a member of the Cheyenne/Arapaho Indian Tribe murdered Michael Kelough (Kelough). At approximately 0930 hours on April 2, 2019, Kelough was found inside his car with his head wrapped in a garbage bag, deceased from a gunshot wound to the head.

Kelough was identified by visible tattoos on his body as the head/face were unrecognizable. Responding agents/officers noted a significant lack of dried blood and liquid in the car leading them to believe that Kelough had been murdered prior to the gunshot wound.

9. A cell phone was recovered in the field just North of where Kelough's vehicle was found. A forensic extraction of the phone revealed that it belonged to Kelough. On April 1, 2019 at 1248 hours a contact by the name of "cooker" with phone number 405-746-9001 stated "yoir pissing me off" after numerous attempts to contact Kelough. Kelough responded "sorry im here now I'll come see you today" at 1634 hours. At 1819 hours, Kelough sent a message to "cooker" stating "I coming". Kelough called "cooker" and had a 30 second conversation at 1830 hours. "Cooker" called and had a seven minute conversation with Kelough at 1916 hours.

10. On April 2, 2019, Witness 1, hereafter (W1),spoke with OSBI Agent Rizzi (Rizzi). (W1) told Rizzi that on Sunday March 31, 2019 at approximately 1715 hours Barker told (W1) that he was trying to get ahold of Kelough because Kelough owed him $600.00, but Kelough was not answering him. (W1) called Kelough and told him that Barker was looking for him and was mad because Kelough owed him money. Kelough admitted to owing Barker money. Barker had been taking Xanax so (W1) told Barker to call Kelough and not go over to his house. On April 2, 2019, Barker came to (W1)'s house with his girlfriend, Little, and asked to speak to (W1) in private. After both Barker and Little go into his bedroom, Barker hung his head and said "we killed 'Mikey'". "Mikey" is the name Kelough was commonly known by. (W1) overheard Barker and Little talking about burning something, and heard Barker and Little say that they had cleaned the house they were living in and were going to be leaving. (W1) asked Barker why he had told him about the murder, to which Barker replied that he didn't have anyone else he could trust. (W1) told Barker that he planned on attending Kelough's funeral. Barker said "it is going to be a closed casket". (W1)'s mother called and said that OSBI was going to Kelough's daughter's house to talk

to them. When Barker heard this, he and Little got up and left quickly.

11. (W1) heard from his brother, hereafter (W2) that Barker had gone to (W2)'s house and asked to burn some property. (W2) agreed to let him. The property included a black plastic bag, household items, and a couple of knives. (W2) was interviewed and showed agents the burn pile. Remnants of burnt lamp shades, a metal mop handle, Busch beer cans, and two knives were recovered from the burn pile. As (W1) had heard Barker state they had cleaned the house up, it led (W1) and agents to believe that Barker was attempting to destroy evidence with blood on it. Security camera footage obtained from the house the items were burned at shows Barker and Little both present while the items are being destroyed.

12. On April 3, 2019, a search warrant served on Barker's residence revealed that the flooring in the living room had been ripped up and was stacked in a pile of the living room. Several small, round, brown drops of dried substance believed to be blood were found on the wall above the entrance to the kitchen, and on the ceiling fan in the living room. In the kitchen there were two pieces of what appeared to be bloody body tissue found. There were two lamps with missing lampshades in the living room. The house had a chemical smell as if it had been recently cleaned or air freshener applied. A neighbor also noticed Barker and Little packing and loading a gold car quickly to leave a few nights prior.

13. On April 2, 2019 at approximately 0415 hours, a Facebook profile belonging to Little used Facebook Messenger to send a picture to "Lacrecia Yelloweyes". That picture depicted a white male lying on the ground with a male of dark complexion on top of him. The white male was wearing white tennis shoes, blue jeans, and no shirt, which matches the description of Kelough when he was found deceased. The dark complexion male was large framed and matched the description of Barker. There appeared to be body tissue or bone next to the white males head. There is what appears to be a female in the left side of the picture with blood visible on her right

arm. The picture appears to be taken by a third party standing behind the male and he female in the picture. The picture also depicts a door with dark trim, a yellow folding chair, and flooring consistent with what was found in the living room of Barker and Little's residence found subsequent to the search warrant. The photograph appears to be taken during or immediately after the murder of Kelough.

14. On April 4, 2019 at approximately 1420 hours, Little and Barker were apprehended by officers with US Customs and Border Protection as they attempted to flee into Mexico. They were taken into custody by Texas Rangers and extradited to Seminole, Oklahoma where they were charged with Murder in the First Degree in the District Court of Seminole County of the State of Oklahoma.

15. On 8/4/19, Barker sent a kite to another inmate in jail. A kite is a written communication method utilized by inmates to surreptitiously converse with other inmates in written form. Kites are typically thrown, "fished", or passed from one inmate to another. Kites are considered misplaced trust, are noncustodial, and are not official jail/prison correspondence which is reviewed and monitored. In the kite exchanges Barker is asked why he killed Kelough, to which he responds "he owed me money paid half but couldn't pay other half cause he said he went to the casino and spent it my ol' Lady dad hear that and was mad and jumped in our business my ol' lady heard us came in there and we pretty much beat him to death all of us did." The medical examiner's report states multiple traumatic injuries as the cause of death: Blunt force, asphyxia, and firearm.

16. Based on a review of this case, and based on my knowledge and experience with violent crimes, I, as your Affiant have probable cause to believe COKER DEAN BARKER and ANASTACIA PHILLINIA LITTLE committed the offense of in violation of Title 18, United States Code, Section 1111.

Respectfully Submitted,

Matthew Jamerson, Special Agent
Federal Bureau of Investigation

Sworn before me this 9th day of April, 2021.

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA