FILED
MAY 13 2021
PATRICK KEANEY
Clerk, U.S. District Court
By ____
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**COKER DEAN BARKER and
ANASTACIA PHILLINIA LITTLE,**

***Defendants.***

**Case No.** 21 CR 175 JFH

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, 1153 & 2]

On or about April 2, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendants, **COKER DEAN BARKER,** an Indian, and **ANASTACIA PHILLINIA LITTLE**, an Indian, did willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully kill Michael Kelough, in violation of Title 18, United States Code, Sections 1111(a), 1151, 1153 and 2.

## COUNT TWO

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii) & (iii) & 2]

On or about April 2, 2019, within the Eastern District of Oklahoma, the defendants, **COKER DEAN BARKER,** and **ANASTACIA PHILLINIA LITTLE**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which

they may be prosecuted in a court of the United States, that is, Murder in Indian Country, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii) and 2.

## COUNT THREE

**CAUSING THE DEATH OF A PERSON IN THE COURSE OF A VIOLATION OF TITLE 18 U.S.C. § 924(c)**
**[18 U.S.C. § 924(j)(1) & 2]**

On or about April 2, 2019, within the Eastern District of Oklahoma, the defendants, **COKER DEAN BARKER,** and **ANASTACIA PHILLINIA LITTLE**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Murder in Indian Country as alleged in Count One of this Indictment, and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder, as defined in Title 18 United States Code § 1111, in that the defendants, **COKER DEAN BARKER,** an Indian, and **ANASTACIA PHILLINIA LITTLE**, an Indian, did murder and unlawfully kill Michael Kelough with a firearm, in violation of Title 18, United States Code, Section 924(j)(1) and 2.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
Acting United States Attorney

Robert Reeves, Tn. Bar # 011110
Special Assistant United States Attorney